# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 287, 2 |
| CRISSY MONIQUE BAKER, | : | (False, Fictitious or Fraudulent Claims, |
| | : | Causing an Act to Be Done) |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
### (False, Fictitious or Fraudulent Claims)

On or about July 5, 2022, in the District of Columbia and elsewhere, the defendant, Crissy Monique Baker willfully caused to be made and presented to AmeriCorps' Office of Procurement Services, a claim upon and against the United States and AmeriCorps, that is, an invoice from Contractor-A indicating that Baker worked 141 hours for AmeriCorps in June 2022, knowing that the claim was false, fictitious, and fraudulent in that Baker did not work all of the hours claimed.

**(False, Fictitious or Fraudulent Claims, in violation of 18 U.S.C. § 287, 2)**

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

Dated: June 12, 2025     By: _____
Will Hart, D.C. Bar No. 1029325
Kondi J. Kleinman, Cal. Bar No. 241277
Assistant United States Attorneys
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-7877 | william.hart@usdoj.gov
(202) 252-6887 | kondi.kleinman2@usdoj.gov